UNITED STATES
FEDERAL DISTRICT COURT FOR THE
SOUTHERN DISTRICT, EAST ST LOUIS, ILLINOIS

Petitioner:

Thomas James Kuna-(Jacob) )
    103 Mill Street, POB 75 )
    Kane, Illinois, 63054-0075 )
    PH: 1-217-942-9730 )
    Cell: 1-618-660-074 )
                                 )   16-CV-1142 NJR-RJD
                                    )

vs. )

Respondent: )

Sopogy, Inc. )
    2800 Woodlawn Dr. Ste 263 )
    Honolulu,. HI, 96822; and )

    600 Clipper Dr., Ste. 200 )
    Belmont Ave., CA 94002
    1-866-Sopogy1
    media@sopogy.org )
                                   )

and: Gary Pate, last known agent for Eastern USA )
    address unknown; )
    PH: 1-808-729-3606 )

and: CT Corporation, aka The Corporation Trust )
    1209 Orange St., )
    Wilmington DE 19801 )

PETITION TO MAKE KNOWN
LAST KNOWN OWNER OF THE PATENT WITH ATTENDANT DEVICES,
AND CURRENT OWNER AND PROMOTER OF THE
MOBILE PARABOLIC SOLAR THERMAL MIRROR TROUGH FOR
DIRECT HEATING/COOLING AND OR
ELECTRICITY GENERATION,
OR, FAILING THEREOF, $30,000 JOINTLY AND SEVERALLY AGAINST THE
RESPONDENTS(S) OR THEIR HEIRS AND ASSIGNS, OF RIGHTS TO SAME

COMES NOW, Petitioner, Thomas J. Kuna-(Jacob) ,of address and contact information as stated above, to petition this Honorable Court to issue and Order, jointly and severally against Sopogy, Inc., of which the last known addresses are as stated above, and their last known agent for the Eastern United States, one Gary Sopogy; and the current agent for service of process and or official correspondence from governmental entities: CT. Inc., aka The Corporation Trust Co. of the address and contact information as shown above, to inform Petitioner Kuna-(Jacob) of the person(s) or entity (entities) and their names, addresses, and phone and fax and e-mail addresses and URLS of said person(s) or entity(ies) and business agents who have acquired full or any and all partial rights to commercialize and/or to install turn-key, household-sized parabolic solar thermal mirror or sheet-metal reflective troughs of the mobile-type, or fixed small-scale type, allegedly patented by Sopogy and/or one or more natural or juridical persons once, ever or now associated with Sopogy, and their attendant devices for direct heating/cooling, thermal storage, electricity generation and/or co-generation, and any financing entity(ies), whether of the private sector or the public or the governmental sector(s) which customarily, and/or contractually, and/or statutorily and/or juridically, fund loans, rebates, grants, discounts and/or tax credits for installation of same into or onto family-type and/or boarding-type homes, small businesses and/or shopping malls and/or apartment houses, hospitals, factories, stores or businesses or institutions of any size, and/or municipal, county, regional or governmental plants of same or similar design or type..

Failing full disclosure of said data to the Petitioner and/or his heirs, estate or assigns, Petitioner requests a penalty of $30,000 and attorney(s)'s fees and court costs to be paid to Mr. Kuna-(Jacob), or, if he expire or suffer a loss of sound mind or body, to his estate, heirs and/or assigns; a penalty of $30,000.oo jointly and severally against Sopogy and/or CT (aka: The Corporation Trust and/or any and all agents or owners or parent companies and or affiliated company(ies) of either or both.

Attached Exhibit A: Photo of large array of smaller Sopogy-type parabolic solar thermal mirror troughs assembled in tandem.

So moved this Friday October 14, 2016, and mailed in duplicate to the Court, and in single copy to the Respondents as stated on the front page of this file, by First Class Postage. From the Kane, Illinois USPS office.

NOTE: This filing was first made to the Court of the Seventh Illinois Circuit, Greene County, Illinois on or about Sept. 26th, 2016, of which the Clerk of said Court returned unfiled to Petitioner, with a letter stating that this type of cause must be pursued in Federal Court, wherefore Petitioner asks this Honorable Federal Court to accept and file Petitioner's plea to proceed *in forma pauperis* and to waive court costs and fees, as on the form for same established by the Illinois Supreme Court, as Petitioner's financial situation remains the same or nearly the same, as on Sept. 26th, 2016.

I, Petitioner, Thomas J. Kuna-Jacob has on the date, October _____, 2016 mailed 2 originals of this to the Federal Court in East St. Louis, MO, and one copy of same to each of the two addresses of Sopogy and to the one known and available address of CT, (aka The Corporation Trust), as said are listed on the frontispiece of this file.

So affirmed: This \_\_14\_\_ of October, 2016 _____
                                              Thomas J. Kuna-(Jacob)

Sopogy, Inc. - Honolulu, HI - Solar Energy Service | Facebook	https://www.facebook.com/sopogy



Email or Phone

kunajacobcao@yahoo.com

✓ Keep me logged in

Sopogy, Inc.
is on Facebook.

To connect with Sopogy, Inc., sign u

Sign Up    Log In

Timeline  About  Photos  Reviews  More

PEOPLE

**1,682** likes
**6** visits

ABOUT

Sopogy, Inc. invents, manufactures and markets clean energy technology using mirrors to create high quality heat.

http://www.sopogy.com/

PHOTOS



 Sopogy, Inc.
October 15, 2013

http://www.cleanenergyauthority.com/.../hawaii-pro



Hawaii Demonstra
Pumping Solar Th

The Sopogy solar thermal p
Hawaii produces enough el
Natural Energy Laboratory o
push plenty of power back o
CLEANENERGYAUTHORITY.C

Like · Comment · Share

Friends of NELHA - FON at NELHA and Thomas Lo like

1 share

 Sopogy, Inc.
October 13, 2013 ·

Hiroaki Nakanishi, President, Hitachi, Ltd.

Thomas J Kuma-(Jacob)
103 Mill St
PO Box 75
Kane Illinois 62054-0075

Clerk of the Court
United States District
Court for the
Southern District of
Illinois
750 Missouri Ave
East St Louis IL 62201



CERTIFIED MAIL
7014 2120 0001 0232 2719

UNITED STATES POSTAGE
$ 005.71⁰
PITNEY BOWES
02 1P
0001719232  OCT 14 2016
MAILED FROM ZIP CODE 62054